IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:21-mj-00117

STUART WAYNE DOTSON

MOTION FOR DETENTION HEARING

The United States moves this Court to hold a detention hearing pursuant to 18 U.S.C. § 3142(f) to determine whether any condition or combination of conditions will reasonably assure the appearance of defendant as required and the safety of other persons and of the community.

1. <u>Eligibility of Case</u>. This case involves a:

    __ crime of violence [18 U.S.C. § 3142(f)(1)(a)]

    __ maximum sentence life imprisonment or death [18 U.S.C. § 3142(f)(1)(B)]

    __ 10+ year controlled substance offense [18 U.S.C. § 3142(f)(1)(C)]

    __ felony, with two prior convictions in above categories [18 U.S.C. § 3142(f)(1)(D)]

    __ minor victim, or the possession or use of a firearm or destructive device, or other dangerous weapon, or a failure to register under 18 U.S.C. § 2250 [18 U.S.C. § 3142(f)(1)(E)]

    _X_ serious risk defendant will flee [18 U.S.C. § 3142(f)(2)(A)]

    _X_ serious risk of obstruction of justice [18 U.S.C. § 3142(f)(2)(B)]

2. <u>Reason for Detention</u>. The court should detain defendant because no conditions of release will reasonably assure (check one or both):

    _X_ Defendant's appearance as required

    _X_ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>. The United States will not invoke the rebuttable presumption against defendant pursuant to 18 U.S.C. § 3142(e). (If yes) The presumption applies

because:

    __ Probable cause to believe defendant committed 10+ year controlled substance offense, or offense under 18 U.S.C. § 924(c), 956(a), or 2332b.

    __ Previous conviction for "eligible" offense committed while on pretrial bond. Eligible offenses are the first five categories listed under Paragraph 1 of this motion.

    __ Probable cause to believe defendant committed an offense involving a minor as a victim under 18 U.S.C. § (1201, 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1)-(3), 2252A(1)-(4), 2260, 2421-23, or 2425).

4. <u>Time for Detention Hearing</u>.  The United States requests the court conduct the detention hearing,

    __ At first appearance

    _X_ After continuance of _3_ days (not more than 3).

5. <u>Temporary Detention</u>.  The United States moves the court to detain the defendant during any continuance and pending completion of the detention hearing.

6. <u>Other Matters</u>.

_____

_____

DATED: July 8, 2021

Respectfully submitted,

LISA G. JOHNSTON
Acting United States Attorney

By:

*/s/ Kathleen E. Robeson*
KATHLEEN E. ROBESON
Assistant United States Attorney
VA State Bar No. 89526
300 Virginia Street, East
Room 4000
Charleston, WV 25301
Telephone:  304-345-2200
Fax: 304-347-2200
Email:  Kathleen.Robeson@usdoj.gov